# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| COREY L. DIAMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 20-0078-CG-MU |
| | ) | |
| MOBILE HOUSING BOARD, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITHOUT PREJUDICE**, prior to service of process, because Diamond has failed to state a § 1983 claim against the Mobile Housing Board, *see* 28 U.S.C. § 1915(e)(2)(B)(ii). It is further **ORDERED** that Plaintiff is extended leave to file an amended complaint by not later than April 10, 2020, *see Butler v. Morgan,* 562 Fed.Appx. 832, 835 (11th Cir. Apr. 3, 2014) (finding that a district court must grant a plaintiff at least one opportunity to amend his complaint before dismissal, even if the plaintiff never seeks leave to amend, if it appears that the filing of an amended complaint might cure noted deficiencies); however, Plaintiff is specifically cautioned that he must supply additional information to satisfy this Court that he has a plausible claim for relief against the Mobile Housing Authority.

**DONE and ORDERED** this 27th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE